UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON MEJIAS NEGRON
    Petitioner

v().

UNITED STATES OF AMERICA
    Respondent

CASE NUMBER: CIVIL 98-2192 (RLA)
CRIMINAL 89-252 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Dated:** 3/23/00   **Docket #**<br>[X] **Petitioner** [ ] **Respondent**<br>[ ] **Other**<br><br>**Title:** Motion to Recuse Judge Acosta 28 U.S.C. 455(b)(1) and 28 U.S.C. 144 <u>Cause and Prejudice</u> | Petitioner's Motion to Recuse Judge Acosta, which was received in chambers on March 23, 2000, shall be filed as a motion by the Clerk of the Court, which motion is hereby DENIED. |

April 3, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By: