RECEIVED & FILED
'00 MAY -1 AM 9:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAMON MEJIAS NEGRON
    Petitioner,

        V.

UNITED STATES OF AMERICA,
    Respondent.

CIVIL NO. 98-2192 (RLA)
Crim. No. 89-252 (RLA)

### O R D E R

| MOTION | RULING |
|---|---|
| **Date filed: 4/24/00**<br>**Docket # 21**<br>**[X] Petitioner**<br><br>**Title: Motion Pursuant to Rule 52(a) and (b) of Fed.R.C.P.** | This motion shall be considered a motion for reconsideration of our order denying the request for recusal (docket No. 20), which motion is hereby **DENIED.** |

April 28, 2000
       Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 22 |